UNITED STATES of America,
Plaintiff—Appellee,

v.

Fidel Oscar CASTANEDA–AGUILAR,
Defendant—Appellant.

No. 01–10700.

D.C. No. CR–01–00756–PGR.

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2003.*

Decided March 17, 2003.

Before CANBY, O'SCANNLAIN and
T.G. NELSON, Circuit Judges.

MEMORANDUM**

Fidel Oscar Castaneda–Aguilar appeals his conviction, pursuant to a guilty plea, and his 60–month sentence for reentry following deportation in violation of 8 U.S.C. § 1326(a), with sentencing enhancement pursuant to 8 U.S.C. § 1326(b)(2). His attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw as counsel of record. Because our independent review of the record and the briefs on appeal pursuant to *Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Castaneda–Aguilar knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *United States v. Martinez*, 143 F.3d 1266, 1270–72 (9th Cir.1998) (enforcing waiver of right to appeal where waiver is knowing and voluntary and sentence is in accordance with plea agreement).

Counsel's motion to withdraw is GRANTED, and the appeal is DISMISSED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.